U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 6 2007

ROBERT H. ~~~~~~LL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MARCUS C. FLOYD,                    CIVIL ACTION
            Petitioner             SECTION "P"
                                   NO. 05-CV-0355-M
VERSUS


WARDEN EAST CARROLL                JUDGE DEE D. DRELL
DETENTION CENTER,                  MAGISTRATE JUDGE JAMES D. KIRK
            Respondent


## J U D G M E N T

For the reasons contained in the Report and Recommendation of the
Magistrate Judge previously filed herein, and after  independent
(de novo) review of the record including the objections filed
herein, and having determined that the findings and recommendation
are correct under the applicable law;

    IT IS ORDERED that Floyd's petition for habeas relief is
DENIED AND DISMISSED WITH PREJUDICE.

    THUS ORDERED AND SIGNED in Chambers at *Alexandria* ,
Louisiana, on this _5th_ day of _December_, 2007.


                              DEE D. DRELL
                        UNITED STATES DISTRICT JUDGE